Ira Spiro, Cal. State Bar No. 67641
Spiro Moss LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
telephone    310-235-2468
fax          310-235-2456
email        ira@spiromoss.com

Attorneys for Plaintiff
DALE BALDISSERI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE BALDISSERI, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC.;<br><br>TOYOTA MOTOR NORTH AMERICA, INC.;<br><br>TOYOTA MOTOR MANUFACTURING, CALIFORNIA, INC.;<br><br>TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.,<br><br><br>     Defendants | Case No. CV 09-9386 GAF(FMOx)<br><br>CLASS ACTION<br><br>Assigned to Hon. Gary A. Feess<br><br>**ORDER FOR EXTENSION OF LOCAL RULE 23-3 TIME FOR FILING MOTION FOR CLASS CERTIFICATION** |

# ORDER

Good cause appearing, upon the stipulation of the parties, IT IS HEREBY ORDERED that the 90 day period stated in Rule 23-3 of the Local Rules of this Court for filing a motion for class certification under Federal Rules of Civil Procedure, Rule 23, shall not apply in this action, but instead the deadline for filing a motion for class certification under Rule 23 shall be set by the Court in the first scheduling order issued Pursuant to Federal Rules of Civil Procedure, Rule 26(b)(1).

Dated: February 5, 2010

_____
GARY A. FEESS
United States District Judge